O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No. 19-193M
                                  )
              Plaintiff,          ) ORDER OF DETENTION AFTER HEARING
                                  ) (Fed.R.Crim.P. 32.1(a)(6)
         v.                       ) 18 U.S.C. § 3143(a)
                                  ) Allegations of Violations of
Derrick Jeffries                  ) Probation/Supervised Release
                                  ) Conditions)
              Defendant.          )

On arrest warrant issued by the United States District Court for the _____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A.  (✓) the appearance of defendant as required; and/or

   B.  ( ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

 A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

 B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 1-25-19

_____
Frederick F. Mumm
United States Magistrate Judge

2